UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA



IN RE:                              CASE NO.   05-15490-BKC-AJC
LUIS ANDREU
LUCILA ANDREU

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $    29.52  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice. More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00   remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.

                  JUL 2 3 2010
Date: _____

                                    _____
                                    NANCY N. HERKERT
                                    CHAPTER 13 TRUSTEE

Copies to:

    LUIS ANDREU
    LUCILA ANDREU
    3975 W. 10 COURT
    HIALEAH, FL 33012

    PATRICK L. CORDERO, ESQUIRE
    198 NW 37 AVENUE
    MIAMI, FL 33125

    CHASE BANK CIRCUIT CITY
    CHASE BANK, USA, NA
    POB 100018
    KENNESAW, GA 30156-9204

    U.S. Trustee
    51 S. W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                    CASE NO.   05-15490-BKC-AJC
LUIS ANDREU
LUCILA ANDREU


                                          CHAPTER 13


LUIS ANDREU                        --------$              .00
LUCILA ANDREU
3975 W. 10 COURT
HIALEAH, FL 33012


PATRICK L. CORDERO, ESQUIRE
198 NW 37 AVENUE
MIAMI, FL 33125


CHASE BANK-CIRCUIT CITY            --------$            29.52
CHASE BANK, USA, NA
POB 100018
KENNESAW, GA 30156-9204              UNDELIVERABLE/STALE
                                    CLAIM REGISTER# _2_

U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130